IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORGAN S. | : |
| v. | : NO. 24-CV-6860  SWR |
| FRANK BISIGNANO,<br>Commissioner of Social Security | : |

**O R D E R**

AND NOW, this 9th day of October, 2025, it is hereby ORDERED that Claimant's Request for Review is GRANTED IN PART, and the matter remanded to the Commissioner for a complete and accurate consideration of Morgan S.'s migraine headaches.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE